NUMBER
13-05-426-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

_________________________________________________________

 

BRUCE WAYNE HOUSER,                                          Appellant,

 

                                           v.

 

KENNETH W. McELVEEN, ET AL.,                               Appellees.

_________________________________________________________

 

                  On
appeal from the 135th District Court 

                           of
Jackson County, Texas

_________________________________________________________

 

                     MEMORANDUM
OPINION

 

      Before
Chief Justice Valdez and Justices Yañez and Garza

                       Memorandum
Opinion Per Curiam

 

Appellant, BRUCE WAYNE HOUSER, attempted to perfect an
appeal from a judgment entered by the 135th District Court of Jackson County, Texas, in cause number 05-2-12515.  Judgment in this cause was signed on May 16, 2005.  No timely
motion for new trial was filed.  Pursuant
to Tex. R. App. P. 26.1, appellant=s notice of appeal was
due on June 15, 2005, but was not filed until July
1, 2005.  








Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  Appellant filed an untimely motion for leave
to file notice of appeal on July 25, 2005. 
Said motion was dismissed for want of jurisdiction by this Court on
August 25, 2005.

The Court, having examined and fully considered the documents on file
and appellant=s failure to timely
perfect his appeal, is of the opinion that the appeal should be dismissed for
want of jurisdiction.  The appeal is
hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

 

 

Memorandum Opinion
delivered and filed this

the 9th day of February, 2006.